UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA B. CASTELLO,<br><br>               Plaintiff,<br><br>v.<br><br>DELTA AIRLINES,<br><br>               Defendant. | Civil No. 07CV928-IEG(LSP)<br><br>ORDER SETTING RULE 26<br>COMPLIANCE AND NOTICE OF CASE<br>MANAGEMENT CONFERENCE |

At the request of counsel, the Settlement Conference calendared for October 22, 2007, at 2 p.m. was not held and will be rescheduled for a later date. Because settlement can not be reached at this time, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

2. The Rule 26(f) conference shall be completed before <u>November 30, 2007</u>;

/ /

1

     3.   The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before <u>December 14, 2007</u>;

     4.   A discovery plan shall be <u>lodged</u> with Magistrate Judge Papas on or before <u>December 14, 2007</u>; and,

     5.   A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on <u>December 20, 2007</u>, at <u>8:30 a.m.</u>, in the chambers of Magistrate Judge Leo S. Papas. Counsel may participate by telephone conference call. The Court will initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: November 2, 2007

_____
Hon. Leo S. Papas
U.S. Magistrate Judge

2